IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    Plaintiff,
v.                                      CASE NO. 4:17-cv-268-WS-GRJ

STAR METRO,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.) Plaintiff also filed a motion for leave to proceed *in forma pauperis*, which the Court granted. (ECF Nos. 2, 4.) Plaintiff's complaint, however, was lacking in sufficient detail to determine whether he could properly bring a claim against Star Metro. (ECF No. 4.)

Due to the insufficient facts in Plaintiff's complaint, the Court ordered Plaintiff to file an amended complaint that provides sufficient factual allegations to address the deficiencies in Plaintiff's complaint. (ECF No. 4.) Plaintiff was ordered to file the amended complaint on or before July 19, 2017. (*Id.*) The Court warned Plaintiff that failure to comply with the Court's order or to show cause as to why Plaintiff is unable to comply would result in a recommendation to the district judge that the case be dismissed

without further notice for failure to prosecute and for failure to comply with a Court order. (*Id.*)

As of the date of this Report and Recommendation, Plaintiff has not complied with the Court order, failing to file an amended complaint.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 26th day of July 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**